■ In the Matter of Steven Glauberman, Also Known as Steven Lee Glauberman (Admitted as Steven L. Glauberman), a Disbarred Attorney. [682 NYS2d 837] —Application for reinstatement granted only to the extent of referring this matter to a Referee for a hearing where petitioner will have the burden of establishing by clear and convincing evidence that he possesses the requisite character and general fitness to resume the practice of law, and otherwise meets the standards for reinstatement set out in Rules of this Court (22 NYCRR) § 603.14 (b). No opinion. Concur—Sullivan, J. P., Ellerin, Nardelli, Williams and Andrias, JJ.